**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFONSO H. HERNANDEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>AMY MILLER, Warden,<br><br>        Respondent. | Case No. EDCV 13-2266-PSG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On May 30, 2014, Petitioner filed objections to the R&R, in which he mostly simply repeats the arguments from his response to the Magistrate Judge's Order to Show Cause. Although some of the obstacles Petitioner allegedly faced in trying to file his habeas Petition were unfortunate, they cannot excuse the full three-year delay. For example, as the Magistrate Judge noted, Petitioner apparently did not check on the status of his Petition with the inmate helper who was allegedly preparing it for him for almost the entire limitation period. And he has not adequately explained what other efforts he made during the next two-plus years to find someone else who

could translate for or otherwise assist him.  The Court therefore accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: July 2, 2014

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE