# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO H. HERNANDEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>AMY MILLER, Warden,<br><br>        Respondent. | Case No. EDCV 13-2266-PSG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 2, 2014

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE